DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VALERY TSVIK,**
Appellant,

v.

**MEADOW BROOK TOWERS CONDOMINIUM "E" INC.,**
Appellee.

No. 4D21-3181

[May 25, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Terri-Ann Miller, Judge; L.T. Case No. COSO 20-001931.

Valery Tsvik, Hallandale, pro se.

Elliot B. Kula, W. Aaron Daniel and William D. Muelller of Kula & Associates, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

CONNER, C.J., FORST and ARTAU, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*